IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POGO PRODUCING COMPANY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2432 |
| | § | |
| KEM ANTHONY MOORE, | § | |
| Defendant. | § | |

## SECOND AMENDED FINAL JUDGMENT
## AND PERMANENT INJUNCTION

Based on the rulings in the Court's prior Memoranda and Orders issued in this case [Docs. # 76, 86, and 89] and the Memorandum and Order issued this day, it is hereby

**ORDERED**, **ADJUDGED** and **DECREED** that Defendants Kem Moore's and Texas Mineral Investors Group's claims relating to wrongs allegedly perpetrated by Pogo Producing Company, or its officers, directors, employees or their predecessors in interest, upon Kem Moore's ancestors in connection with alleged rights to land and alleged associated mineral interests are **BARRED** as not legally viable.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that Defendants Kem Moore and Texas Mineral Investors Group, as well as their agents, servants, partners, employees, representatives, and those persons or entities acting in active concert or participation

with them, who receive actual notice of this Permanent Injunction, are **PROHIBITED and ENJOINED** from filing any action, complaint, claim, suit, grievance, or similar instrument accusing Pogo Producing Company, its present, former or future agents, representatives, employees, directors, officers, attorneys, subsidiaries, assigns, predecessors, or successors in interest, of fraudulently or improperly acquiring mineral estates or interests from Kem Moore's ancestors or his other predecessors in interest, or of wrongdoing associated with related claims or litigation.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that this prohibition **APPLIES** to filings by Kem Moore, or those affiliated with or acting in concert with him, in any court, forum, tribunal, self-regulatory organization, or agency (including law enforcement).  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that, if Kem Moore or those affiliated with or acting in concert with him seek to make any filing that potentially pertains to the matters described above, he/they/it must first **OBTAIN written permission** from this Court, except that Kem Moore and Texas Mineral Investors Group may appeal orders entered in this action (Civil Action No. H-06-2432) insofar as permitted by applicable federal rules.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that Kem Moore shall **DELIVER** by hand **and** by first class mail copies of the Memorandum and Order issued this day

and this Second Amended Final Judgment to Texas Mineral Investors Group and to each person having an interest in that entity, which persons shall include at a minimum Lois Burton, Tina Horace, and Mina Pennington.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that any motion by Kem Moore or those affiliated with or acting in concert with him must be properly **SERVED** on Pogo Producing Company and its counsel of record.

**SIGNED** at Houston, Texas, this **3rd** day of **October, 2007**.

_____
Nancy F. Atlas
United States District Judge